# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NOS. 3:08cv370 & 3:08cv389

| | |
|---|---|
| DAMION HURTH, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )    **O R D E R**<br>) |
| BRADMAN LAKE GROUP a/k/a<br>LANGLEY HOLDINGS Plc, and<br>BRADMAN LAKE, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| _____ | )<br>) |
| JEFFREY L. BROWN, BARRY WEST,<br>CARLOS MCCUNE, KEVIN D.<br>CALLAHAN, and JEFFREY TAYLOR, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| BRADMAN LAKE GROUP a/k/a<br>LANGLEY HOLDINGS Plc, and<br>BRADMAN LAKE, INC., | )<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Consolidate [Doc. 18], filed in the case of <u>Hurth v. Bradman Lake Group, et al.</u>, Civil Case No. 3:08cv370.

For the reasons stated in the motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Motion to Consolidate [Doc. 18] is **ALLOWED**, and this action is hereby **CONSOLIDATED** with <u>Brown, et al. v. Bradman Lake Group, et al.</u>, Civil Case No. 3:08cv389, in accordance with Rule 42(a) of the Federal Rules of Civil Procedure. Civil Case No. 3:08cv370 is hereby designated the lead case, and Civil Case No. 3:08cv389 is closed. Pursuant to Local Rule 5.2.1(E), all future proceedings will be docketed and filed in the designated lead case only.

**IT IS SO ORDERED.**

Signed: October 15, 2008

Martin Reidinger
United States District Judge