# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08CV370-R

| | |
|---|---|
| DAMION HURTH, JEFFREY L. BROWN, BARRY WEST, CARLOS MCCUNE, KEVIN D. CALLAHAN, and JEFFREY TAYLOR, <br><br> Plaintiffs, <br><br> v. <br><br> BRADMAN LAKE GROUP a/k/a LANGLEY HOLDINGS Plc, and BRADMAN LAKE, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court following the Initial Pretrial Conference during which the parties' counsel made a joint oral Motion to extend the dispositive motions deadline and the trial setting. After consulting with the chambers' staff of the District Judge to whom this case is assigned (the Honorable Martin K. Reidinger), the parties' Motion will be granted.

**NOW THEREFORE, IT IS ORDERED:**

1. The dispositive motions deadline is extended to October 21, 2009, and this matter will be set for trial with a jury for the first available civil trial term beginning on or after January 21, 2010.

2. The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Martin K. Reidinger.

1

**SO ORDERED**.

Signed: December 10, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge